USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

Petitioners,

-v-

TRIANGLE ENTERPRISE NYC INC.,

Respondent.

---

26-cv-8106 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is a petition to confirm an arbitration award filed by Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York. Dkt. No. 1.

By October 14, 2026, Respondent Triangle Enterprise NYC Inc. is directed to inform the Court by letter to be filed on the docket whether it intends to oppose the petition.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge